September 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ANAMBRA STATE COMMUNITY IN HOUSTON, INC. (ANASCO, INC.),
Appellant

NO. 14-12-00107-CV                     V.

CHRISTIAN CHINWUBA ULASHI, INDIVIDUALLY AND AS THE FORMER
PRESIDENT OF ANASCO, AND VINCENT N. NWEKE D/B/A ANAMBRA
STATE COMMUNITY HOUSTON, Appellees

_____

This cause, an appeal from the judgment signed, January 27, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We order **AFFIRMED** the portions of the judgment in which the trial court dismisses (1) the claim in which appellant ANAMBRA STATE COMMUNITY IN HOUSTON, INC. (ANASCO, INC.) seeks to impose criminal liability on the appellees, and (2) appellant's claims to the extent that appellant seeks an adjudication of whether it is the only authentic affiliate chapter of Anambra State Association, USA in Houston. We order the remainder of the judgment **REVERSED** and ordered severed and **REMANDED** for proceedings consistent with this court's opinion. For good cause, we order appellant to pay one-half of all costs incurred in this appeal, and we order appellees, jointly and severally, to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.